# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| LEON E. LEE, | ) |
| Plaintiff, | ) Case No. 12-CV-1025-JTM/KGG |
| v. | ) |
| COHEN MCNEILE & PAPPAS, P.C., et al, | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION TO DISMISS

COME NOW defendants Cohen McNeile & Pappas, P.C., James M. McNeile, Clifford A. Cohen, Gregory J. Pappas, Richard Milone, Dustin J. Stiles, Susan DeCoursey, and Jack Peggs (hereinafter collectively referred to as ("Defendants"), by and through counsel Cohen McNeile & Pappas, P.C., and pursuant to Fed. R. Civ. P. 12(b) (6) moves this Court for an Order dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted. Defendants Suggestions in Support are being contemporaneously filed with this Motion to Dismiss.

Respectfully submitted,

COHEN MCNEILE & PAPPAS, P.C.

s/s James M. McNeile_____
James M. McNeile, #13044
4601 College Blvd., Suite 200
Leawood, KS 66211
(913) 491-4050; Fax: (913) 491-3059
jmcneile@cmplaw.net
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

       I hereby certify that on the 26th day of January, 2012, I electronically filed Defendants' Motion to Dismiss with the Clerk of the Court using the CM/ECF System which will send notice of electronic filing to all participants in the CM/ECF System.  I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to the following no-CM/ECF participants:

Leon E. Lee
1314 N. Dunworth Avenue
Wichita, KS 67212
Plaintiff Pro Se

                                                                     /s/ James McNeile
                                                                    James M. McNeile, #13044