# UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

LEON E. LEE,

          Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

COHEN McNEILE & PAPPAS, PC, et al.,    Case Number: 12-1025-JTM

          Defendants.

IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed June 26, 2012, that defendants' Motion to Dismiss (Dkt. 3) is granted.

TIMOTHY M. O'BRIEN, Clerk of Court

<u>June 26, 2012</u>
Date

By   <u>s/ S. Smith</u>
        Deputy Clerk